GREYHOUND CAB, INCORPORATED, *v.* HERMAN
SEWELL

[No. 54, January Term, 1937.]

*Decided March 17th, 1937.*

The cause was argued before BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*Harry O. Levin,* with whom was *Harold B. Karp* on the brief, for the appellant.

*Harry K. Lott* and *Meyer Reamer,* with whom was *Louis Silberstein* on the brief, for the appellee.

BOND, C. J., delivered the opinion of the Court.